JUDGE McKENNA

Doc #1

Guy Yonay (GY-3028)
**Eitan, Pearl, Latzer & Cohen Zedek LLP**
10 Rockefeller Plaza
New York, New York 10020
Tel: (212) 632-3480

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

ELAM ELECTROLUMINESCENT INDUSTRIES, LTD., and ELAM USA, INC.,

Plaintiffs,

v.

RHODE ISLAND NOVELTY, INC.

Defendant.

04 CV 7205

Case No. ______________

**COMPLAINT**
(JURY TRIAL DEMANDED)

FILED
U.S. DISTRICT COURT
2004 SEP 10 AM 10:52
S.D. OF N.Y.

Elam Electroluminescent Industries, Ltd. and Elam USA, Inc., by and through its attorneys, for its Complaint against Rhode Island Novelty, Inc. states and alleges as follows:

1. This is an action for infringement of United States Patent Number 5,869,930 (the " '930 Patent").

**JURISDICTION AND VENUE**

2. This action arises out of the patent laws, including Title 35 of the United States Code. This Court has subject matter jurisdiction over this action pursuant to the provisions of 28 U.S.C. §§ 1331, 1338(a).

3. Upon information and belief, Rhode Island Novelty is subject to personal jurisdiction in this district, insofar as it engaged in activities that constitute patent infringement in this jurisdiction.

4. Venue is proper in this judicial district pursuant to at least 28 U.S.C. §§ 1391 and 1400(b).

## PARTIES

5. Elam Electroluminescent Industries, Ltd. ("Elam IL") is a corporation organized and existing under the laws of the State of Israel having its principal place of business at 8 Hamarpe St., Har Hotzvim Industrial Zone, Jerusalem, Israel.

6. Elam USA, Inc. ("Elam US", together with Elam IL referred to herein as "Elam") is a corporation organized and existing under the laws of the State of Delaware having its principal place of business at P.O. Box 1029, 9 Cowhill Lane, Wainscott, New York.

7. Upon information and belief, Rhode Island Novelty, Inc. ("Rhode Island Novelty") is a corporation organized and existing under the laws of the State of Rhode Island having its principal place of business at 19 Industrial Lane, Johnston, RI 02919.

## CLAIM FOR RELIEF

8. Elam IL is a manufacturer and seller of electroluminescent wire.

9. On February 9, 1999, the United States Patent and Trademark Office (the "USPTO") duly and lawfully issued US Patent No. 5,869,930 (the '930 Patent), entitled "Electroluminescent Light Source with a Mixture Layer Filled with a Transparent Filler Substance," based on an application filed by Israel Baumberg, Joseph S. Bodenheimer, Joseph Dvir, and Moses Voskoboinik, which has been duly and legally assigned to Elam IL. A copy of the '930 Patent is attached hereto as Exhibit A.

10. The '930 Patent claims, inter alia, a light source consisting of at least one flexible, cable-like electroluminescent filament, each filament comprising: a central electrode surrounded by an electrically insulating dielectric layer; a layer consisting of a mixture of an electroluminophor powder and a binder, said mixture layer being disposed on said dielectric layer; a transparent electrode surrounding said mixture layer, wherein pores formed in said mixture layer are filled in by a liquid solid transparent filler substance.

11. Elam US is a wholly-owned subsidiary of Elam IL and the exclusive distributor in the United States of Elam IL's electroluminescent wire products.

12. Upon information and belief, Rhode Island Novelty makes, uses, sells, imports and/or otherwise distributes in the United States without license or permission of Elam EL wires and/or EL products.

13. Upon information and belief, Rhode Island Novelty has advertised, offered to sell and sold its EL wires, inter alia, over the Internet, and continues to do so.

14. Upon information and belief, Rhode Island Novelty has sold its EL wire in New York and continues to do so.

15. Upon information and belief, the EL wire sold by Rhode Island Novelty infringes at least one claim of the '930 Patent.

16. Upon information and belief, Rhode Island Novelty' acts of infringement are continuing and ongoing.

17. Upon information and belief, Rhode Island Novelty' acts of infringement are knowing and willful.

**DEMAND FOR RELIEF**

WHEREFORE, Elam requests the following relief:

1. A judgment providing that Rhode Island Novelty's importation into the United States, manufacture, use, sale and/or offer for sale of its EL wire and/or EL products infringe the '930 Patent;
2. A judgment permanently enjoining Rhode Island Novelty from importing into the United States, making, using, selling, or offering to sell its infringing EL wire and/or EL products until the expiration of the '930 Patent;
3. A judgment awarding Elam damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by Rhode Island Novelty, in accordance with 35 U.S.C. § 284;
4. A judgment awarding Elam treble damages assessment in accordance with 35 U.S.C. § 284;
5. Costs and expenses incurred in pursuing this action;
6. A declaration of this case as exception pursuant to 35 U.S.C. § 285 and awarding Elam its attorneys' fees accordingly; and

7. Such further and other relief as this Court may determine to be just and proper.

**Eitan, Pearl, Latzer & Cohen Zedek LLP**
10 Rockefeller Plaza, Suite 1001
New York, New York 10020
Tel: (212) 632-3480
Fax: (212) 632-3489
Attorneys for Plaintiffs

By: ~~Guy Yonay~~
~~Guy Yonay (GY 3028)~~ (NB-0246)
Nathaniel Bichek

Dated: September 9, 2004