# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 04 CV 7205 Date Filed: 1/20/04

Plaintiff:
**ELAM ELECTROLUMINESCENT INDUSTRIES, LTD, and ELAM USA INC.**

vs.

Defendant:
**RHODE ISLAND NOVELTY INC.**

For:
Nathan Buchek, Esq.
EITAN, PEARL, LATZER, COHEN, ZEDEK, LLP
10 Rockefeller Plaza
Suite 1001
New York, NY 10020

Received by HUGHES LEGAL SUPPORT to be served on **RHODE ISLAND NOVELTY COMPANY, 19 Industrial Lane, Johnston, RI (PROVIDENCE COUNTY).**

I, Paul G. Hughes, being duly sworn, depose and say that on the **7th day of January, 2005** at 10:20 am, I:

SERVED the within named CORPORATION by delivering a true copy of the **Summons In A Civil Case and Complaint; Rule 7.1 Statement** with the date and hour of service endorsed thereon by me to Ed Cucca as Controller and Corporate Officer as Authorized Managing Agent of the within named corporation.

**Description** of Person Served: Age: 33, Sex: M, Race/Skin Color: White, Height: 5'8, Weight: 185, Hair: Brown, Glasses: N

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

Paul G. Hughes
Rhode Island Constable #40

**HUGHES LEGAL SUPPORT**
**P.O. Box 20617**
**Cranston, RI 02920**
**(401) 944-8980**

Our Job Serial Number: 2005000097

Before me on the 8th day of January, 2005 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC

SHANNON MACLEOD
Notary Public ID # 51846
State of Rhode Island and Providence Plantations
My Commission Expires

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

ECF CASE

SOUTHERN DISTRICT OF NEW YORK

ELAM ELECTROLUMINESCENT INDUSTRIES, LTD.

ELAM USA, INC.

V.

RHODE ISLAND NOVELTY, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 CV 7205

JUDGE McKENNA

TO: (Name and address of defendant)

Rhode Island Novelty, Inc.
19 Industrial Lane
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eitan Pearl Latzer Cohen Zedek LLP
10 Rockefeller Plaza
Suite 1001
New York, NY 10020

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE SEP 10 2004

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1-7-05 |
| NAME OF SERVER *(PRINT)* PAUL G HUGHES | TITLE RI CONSTABLE #40 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 19 INDUSTRIAL LN JOHNSTON RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other *(specify)*: TO ED CUCCA, CONTROLLER/CORPORATE OFFICER AS AUTHORIZED MANAGING AGENT OF RHODE ISLAND NOVELTY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 90.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/7/05
Date

[signature]
Signature of Server

7 ECA LN, CRANSTON, RI
Address of Server

X Ed Cucca 1/7/05

Controller

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.