CD

MIKENNA, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 4
DATE FILED: 02/02/05

**PILIERO GOLDSTEIN KOGAN & MITCHELL LLP**
Adam L. Brookman (AB-4935)
Sandra E. Langs (SL-2344)
10 East 53rd Street
New York, New York 10022
212-478-8500

-and-

**EITAN, PEARL, LATZER & COHEN ZEDEK LLP**
Guy Yonay (GY-3028)
10 Rockefeller Plaza
New York, New York 10020
212-632-3480

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAM ELECTROLUMINESCENT INDUSTRIES, LTD., and ELAM USA, INC., Plaintiffs, | 04 CV 7205 (LMM) |
| v. | |
| RHODE ISLAND NOVELTY, INC. Defendant. | STIPULATION + ORDER FOR EXTENSION OF TIME TO ANSWER |

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel for the respective parties that the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint is hereby extended until February 15, 2005.

///

///

MICROFILM
FEB - 3 2005 -9 00 AM

Dated: New York, New York
~~January 28, 2005~~
February 1, 2005

PILIERO GOLDSTEIN KOGAN & MITCHELL, LLP

By: ______________________
Adam L. Brookman (AB-4935)
10 East 53rd Street
New York, New York 10022
(212) 478-8500
Attorneys for Defendant

Dated: New York, New York
January 31, 2005

EITAN, PEARL, LATZER & COHEN ZEDEK LLP

By: ______________________
Guy Yonay (GY-3028)
10 Rockefeller Plaza
New York, New York 10020
(212) 632-3480
Attorneys for Plaintiffs

SO ORDERED:

______________________ 2/2/05
U.S.D.J.