CA 05 302 ML

CLOSED, ECF

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-07205-LMM**
**Internal Use Only**

Elam Electroluminescent Industries, Ltd. et al v. Rhode Island Novelty, Inc.
Assigned to: Judge Lawrence M. McKenna
Cause: 35:271 Patent Infringement

Date Filed: 09/10/2004
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Elam Electroluminescent Industries, Ltd.**

represented by **Nathaniel Buchek**
Pearl, Cohen Zedek Latzer L.L.P.
10 Rockefeller Plaza
Suite 1001
New York, NY 10020
(212) 632-3480
Fax: (212) 632-3489
Email: nathanb@pczlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elam USA, Inc.**

represented by **Nathaniel Buchek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rhode Island Novelty, Inc.**

represented by **Adam Lee Brookman**
Piliero Goldstein Kaiser & Mitchell, LLP
10 East 53rd Street
New York, NY 10022
212-478-8505
Fax: (212) 478-8506
Email: abrookman@pgkm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY ________
DEPUTY CLERK

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2004 | 1 | COMPLAINT against Rhode Island Novelty, Inc. (Filing Fee $ 150.00, |

Case 1:05-cv-00302-S-LDA Document 1-7 Filed 07/08/2005 Page 2 of 3

| | | |
|---|---|---|
| | | Receipt Number 519205)Document filed by Elam Electroluminescent Industries, Ltd., Elam USA, Inc. (jjm, ) Additional attachment(s) added on 9/15/2004 (jjm, ). Additional attachment(s) added on 9/15/2004 (jjm, ). (Entered: 09/13/2004) |
| 09/10/2004 | | SUMMONS ISSUED as to Rhode Island Novelty, Inc. (jjm, ) (Entered: 09/13/2004) |
| 09/10/2004 | | Magistrate Judge Andrew J. Peck is so designated. (jjm, ) (Entered: 09/13/2004) |
| 09/10/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Elam Electroluminescent Industries, Ltd., Elam USA, Inc. (jjm, ) Additional attachment(s) added on 9/15/2004 (jjm, ). (Entered: 09/13/2004) |
| 09/10/2004 | | Case Designated ECF. (jjm, ) (Entered: 09/13/2004) |
| 09/13/2004 | | Mailed notice to Commissioner of Patents and Trademarks to report the filing of this action. (jjm, ) (Entered: 09/13/2004) |
| 01/20/2005 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Rhode Island Novelty, Inc. served on 1/7/2005, answer due 1/27/2005. Service was accepted by Ed Cucca, Controller and Corporate Officer as Authorized Managing Agent of Rhode Island Novelty Inc.. Document filed by Elam Electroluminescent Industries, Ltd.. (Buchek, Nathaniel) (Entered: 01/20/2005) |
| 02/02/2005 | 4 | STIPULATION AND ORDER, that defts time to answer the complaint is hereby extended until 2/15/05. (Signed by Judge Lawrence M. McKenna on 2/2/05) (cd, ) (Entered: 02/03/2005) |
| 02/02/2005 | | Set Answer Due Date purs. to 4 Stipulation and Order as to Rhode Island Novelty, Inc. answer due on 2/15/2005. (cd, ) (Entered: 02/03/2005) |
| 02/15/2005 | 5 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Rhode Island Novelty, Inc..(Brookman, Adam) (Entered: 02/15/2005) |
| 02/15/2005 | 6 | ANSWER to Complaint. Document filed by Rhode Island Novelty, Inc.. (Brookman, Adam) (Entered: 02/15/2005) |
| 02/15/2005 | 7 | MOTION to Transfer Case *for Inconvenient Venue*. Document filed by Rhode Island Novelty, Inc.. (Brookman, Adam) (Entered: 02/15/2005) |
| 02/16/2005 | | Minute Entry for proceedings held before Judge Lawrence M. McKenna : Interim Pretrial Conference held on 2/16/2005. the Court directes plaintff's counsel to file its opposition to dft's moton to transfer case. motion to be fully submitted by 3/10/05. (pl, ) (Entered: 02/18/2005) |
| 03/02/2005 | 8 | RESPONSE in Opposition re: 7 MOTION to Transfer Case *for Inconvenient Venue*.. Document filed by Elam Electroluminescent Industries, Ltd.. (Attachments: # 1 Affidavit Berger Declaration# 2 Affidavit Timor Declaration# 3 Affidavit Yonay Declaration# 4 Certificate of Service)(Buchek, Nathaniel) (Entered: 03/02/2005) |
| 03/09/2005 | 9 | REPLY to Response to Motion re: 7 MOTION to Transfer Case *for* |

| | | |
|---|---|---|
| | | *Inconvenient Venue*.. Document filed by Rhode Island Novelty, Inc.. (Brookman, Adam) (Entered: 03/09/2005) |
| 06/29/2005 | 10 | ORDER; granting 7 Motion to Transfer Case. The Clerk is directed to transfer this action, pursuant to 28 U.S.C. 1404(a), to the United States District Court for the District of Rhode Island. (Signed by Judge Lawrence M. McKenna on 6/29/05) (sac, ) (Entered: 06/30/2005) |
| 06/29/2005 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - District of Rhode Island. Sent original file along with documents numbered 1 - 10, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # *** on **/**/**. (sac, ) (Entered: 06/30/2005) |