**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELAM ELECTROLUMINESCENT INDUSTRIES, LTD. and ELAM USA, INC. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 05-302 ML |
| RHODE ISLAND NOVELTY, INC. | ) | |
| Defendant | ) | |

**ENTRY OF APPEARANCE**

Craig M. Scott, Esq., Christine K. Bush, Esq. and the law firm of Duffy Sweeney & Scott, LTD, hereby enter their appearance on behalf of plaintiffs, Elam Electroluminescent Industries, Ltd. and Elam USA, Inc., in the above-referenced matter.

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)

November 10, 2005

**CERTIFICATE OF SERVICE**

TO:

Adam L. Brookman, Esq.
10 East 53rd Street
New York, NY 10022

I hereby certify that on this 10th day of November, 2005, I caused to be forwarded via First Class Mail, a copy of the within *Entry of Appearance* to the above-named counsel of record.

Linda Cardente

*H:\Clients\Elam/Pleadings/Entry Appearance CKB, CMS.doc*