**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELAM ELECTROLUMINESCENT INDUSTRIES, LTD. and ELAM USA, INC. Plaintiff | : | |
| v. | : | C.A. No. 05-302 ML |
| RHODE ISLAND NOVELTY, INC. Defendant | : | |

**ENTRY OF APPEARANCE**

I, Brent R. Canning, enter my appearance on behalf of the Defendant, Rhode Island Novelty, Inc.

Brent R. Canning, Esq. (#5546)
HINCKLEY, ALLEN & SNYDER LLP
1500 FLEET CENTER
PROVIDENCE, RI 02903
401.274.2000 (TEL)
401.277.9600 (FAX)

**CERTIFICATION**

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Counsel for Plaintiff
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

I certify that I mailed a copy of the foregoing Entry of Appearance to counsel of record, as above, this day of December 7, 2005.

Kandy M Marchand