**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELAM ELECTROLUMINESCENT INDUSTRIES, LTD. and ELAM USA, INC. | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 05-302 ML |
| | : | |
| RHODE ISLAND NOVELTY, INC. | : | |
| Defendant. | : | |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Plaintiffs, Elam Electroluminescent Industries, Ltd. and Elam USA, Inc., hereby move that Guy Yonay, Esq. be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes:
  ________________________________________.
- Pro hac vice counsel's long-standing representation of the client: ____Elam Electroluminescent Industries, Ltd. and Elam USA, Inc.________________
- The local trial bar lacks experience in the field of:
  ________________________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically:
  ________________________________________
  ________________________________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:
  ________________________________________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: ________________________________________.

# CERTIFICATE OF SERVICE

TO:

Adam L. Brookman, Esq.
Piliero Goldstein Kogan & Mitchell, LLP
10 East 53rd Street
New York, NY 10022

Brent R. Canning, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

I hereby certify that on this 9th day of December 2005, I caused to be forwarded as indicated a copy of the within Motion for Entry of Appearance to the above-named counsel of record.

Crystal Dante

H:\Clients\Elam/Pleadings/doc

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELAM ELECTROLUMINESCENT INDUSTRIES, LTD. and ELAM USA, INC.<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-302 ML |
| RHODE ISLAND NOVELTY, INC.<br>Defendant. | : | |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and the following Federal District Court and/or Court of Appeals Bar(s) Southern and Eastern Districts of New York, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide a full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided.)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Guy Yonay, Esq.
Pearl Cohen Zedek Latzer LLP
10 Rockefeller Plaza, Suite 1001
New York, NY 10020
(212) 632-3480
(212) 632-3489 (Facsimile)

Craig M. Scott, Esq. (R.I. Bar #4237)
Duffy & Sweeney, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02930
(401) 455-0700
(401) 455-0701 (Facsimile)

---

**ORDER:** This motion is hereby Granted.

Dated: 12/13/05

Mary M. Lisi
U.S. District Judge