UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELAM ELECTROLUMINESCENT INDUSTRIES LTD., and ELAM USA, INC.
Plaintiff(s)

v.

C.A. No. 05-302 ML

RHODE ISLAND NOVELTY, INC.
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

~~Plaintiff~~/Defendant Rhode Island Novelty, Inc. hereby moves that Adam L. Brookman be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which Defendant's counsel specializes: Patent Law
- Defendant's counsel's long-standing representation of the client: Rhode Island Novelty, Inc.
- The local trial bar lacks experience in the field of: ______.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ______ counsel is familiar, specifically : ______.
- The case requires extensive discovery in a foreign jurisdiction convenient to ______ counsel, as follows: ______.
- It is a criminal case, and ______ counsel is defendant's counsel of choice.
- Other: ______.

(~~Plaintiff~~/Defendant)
By: [signature] 5546
Attorney for
Rhode Island Novelty, Inc.

DATED: 12/14/05

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and Wisconsin. and of the following Federal District Court and/or Court of Appeals Bar(s) Eastern and Western Districts of Wisconsin and Eastern and Southern Districts of New York, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Adam L. Brookman | Local Associate Counsel |
| Name | BRENT CANNING |
| | R.I. Bar ID # 5546 |
| Piliero Goldstein Kogan & Miller, LLP | |
| Firm Name | Firm Name |
| 207 E. Michigan St., Suite 410 | Hinckley, Allen & Snyder |
| Business Address | Business Address |
| Milwaukee, WI 53202 | 1500 Fleet Center |
| | Providence RI 02903 |
| 414-291-8022 Tel. # | 401-274-2000 Tel. # |
| 414-291-8029 Fax # | 401-277-9600 Fax # |

---

**Order :** This motion is hereby Granted.

U.S. District Judge

Date: 12/15/05

pro hac vice motion (rev.3/05)