UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Elam Electroluminescent, et al

vs. C.A. NO. 05-302ML

Rhode Island Novelty, Inc.

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
December 16, 2005

Entered as an Order of this Court on December 16, 2005.

Barbara Barletta
Deputy Clerk