**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELAM ELECTROLUMINESCENT INDUSTRIES, LTD., and ELAM USA, INC., | ) | |
| Plaintiffs, | ) | Case No. CA 05-302 S |
| v. | ) | |
| RHODE ISLAND NOVELTY, INC. | ) | (JURY TRIAL DEMANDED) |
| Defendant. | ) | |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESS

Plaintiffs Elam Electroluminescent Industries, Inc. and Elam USA, Inc. submit this Designation of Expert Witness pursuant to Fed. R. Civ. P. 26(a)(2) and the Amended Pretrial Order in this matter:

Professor Ovadia Lev
Head, Laboratory of Environmental Chemistry
The Casali Institute of Applied Chemistry
The Hebrew University of Jerusalem
Jerusalem, 91904, Israel

It is expected that Professor Lev will testify pursuant to Fed. R. Evid. 702, 703 and/or 705 that the electroluminescent (EL) wire used in Defendant Rhode Island Novelty Inc.'s product contains each and every element of claim 1 of U.S. Patent No. 6,869,930 (the " '930 Patent"). Professor Lev has been retained to provide expert testimony in this case, and he will testify on the subject(s) contained in his expert report, a copy of which is served under separate cover pursuant to Fed. R. Civ. P. 26(a)(2)(B).

As discovery is still ongoing, Plaintiffs reserve the right to supplement Professor Lev's report and the areas on which he is expected to testify. Furthermore, as Defendant has not made its expert disclosures or provided an expert report for issues on which it bears the burden of proof, Plaintiffs reserve the right to provide rebuttal testimony by (a) calling additional witness and/or (b) designating Professor Lev to testify on additional areas.

Elam Electroluminescent Industries, Ltd.
and Elam USA, Inc.
By Their Attorneys

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)

Guy Yonay *pro hac vice*
Pearl Cohen Zedek Latzer LLP
1500 Broadway, 12th Floor
New York, New York 10036
(212) 632-3480
(212) 632-3489 (Fax)

Dated: July 5, 2006

**CERTIFICATE OF SERVICE**

TO:

Adam L. Brookman, Esq.
Boyle Fredrickson Newholm Stein & Gratz
250 E. Wisconsin Avenue, Suite 1030
Milwaukee, WI 53202

Brent R. Canning, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

I hereby certify that on this 5 day of July, 2006, I caused to be forwarded as indicated a copy of the within *Designation of Expert Witness* to the above-named counsel of record via First Class Mail.

Theresa Benson

H:\Clients\Elam\Pleadings\RI Action\Expert Disclosure.doc