**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELAM ELECTROLUMINESCENT INDUSTRIES, LTD., and ELAM USA, INC., | |
| Plaintiffs, | Case No. CA 05-302 S |
| v. | |
| RHODE ISLAND NOVELTY, INC. | (JURY TRIAL DEMANDED) |
| Defendant. | |

**JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

Plaintiffs Elam Electroluminescent Industries, Inc. and Elam USA, Inc. and defendant Rhode Island Novelty, Inc. respectfully request that certain deadlines established in the Court's December 21, 2005 Pretrial Order be extended as follows:

| | |
|---|---|
| Defendant's Disclosure of Expert Witnesses | September 25, 2006 |
| Discovery Closes | November 15, 2006 |
| Dispositive Motions Filed | December 15, 2006 |

As grounds for this Joint Motion, the parties rely on the Memorandum of Law filed herewith.

Respectfully Submitted,

Elam Electroluminescent
Industries, Ltd. and Elam USA, Inc.
By Their Attorneys,

/s/ Christine K. Bush
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)
cbush@duffysweeney.com

Rhode Island Novelty, Inc.
By Its Attorneys,

/s/ Brent R. Canning
Brent R. Canning (#5546)
Hinckley Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)
bcanning@haslaw.com

August 17, 2006

H:\Clients\Elam\Pleadings\RI Action\Joint Motion to Extend.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELAM ELECTROLUMINESCENT INDUSTRIES, LTD., and ELAM USA, INC.,

Plaintiffs,

v.

RHODE ISLAND NOVELTY, INC.

Defendant.

Case No. CA 05-302 S

(JURY TRIAL DEMANDED)

**MEMORANDUM OF LAW IN SUPPORT OF**
**JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

Plaintiffs Elam Electroluminescent Industries, Inc. and Elam USA, Inc. and defendant Rhode Island Novelty, Inc. respectfully request that certain deadlines established in the Court's December 21, 2005 Pretrial Order be extended as follows:[1]

| | |
|---|---|
| Defendant's Disclosure of Expert Witnesses | September 25, 2006 |
| Discovery Closes | November 15, 2006 |
| Dispositive Motions Filed | December 15, 2006 |

The parties respectfully make this request because plaintiffs and plaintiffs' trial counsel are located in Israel and, as a result of the recent dispute involving Israel, plaintiffs have had difficulty in responding to discovery propounded by defendant. Defendant graciously extended the time within which plaintiffs are required to respond to certain discovery until September 15, 2006, but

[1] Under the current Pretrial Order deadlines, defendant' s expert disclosures are due on August 18, 2006, fact discovery closes October 2, 2006, and dispositive motions must be filed on or before November 1, 2006.

defendant seeks plaintiffs' discovery responses in advance of its expert disclosures. The brief extension of time should allow plaintiff time to respond to discovery and would then allow the parties to proceed through expert disclosures, the close of fact discovery, and dispositive motions.

This is the first request for extension of any deadlines established in the Pretrial Order.

Respectfully Submitted,

Elam Electroluminescent
Industries, Ltd. and Elam USA, Inc.
By Their Attorneys,

/s/ Christine K. Bush
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)
cbush@duffysweeney.com

Rhode Island Novelty, Inc.
By Its Attorneys,

/s/ Brent R. Canning
Brent R. Canning (#5546)
Hinckley Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)
bcanning@haslaw.com

August 17, 2006

H:\Clients\Elam\Pleadings\RI Action\Mem Joint Motion to Extend.doc