**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELAM ELECTROLUMINESCENT INDUSTRIES, LTD., and ELAM USA, INC., | ) | |
| Plaintiffs, | ) | Case No. CA 05-302 S |
| v. | ) | |
| RHODE ISLAND NOVELTY, INC. | ) | (JURY TRIAL DEMANDED) |
| Defendant. | ) | |

**STIPULATION**

By agreement of the parties, plaintiffs Elam Electroluminescent Industries, Inc. and Elam USA, Inc. shall have up to and including September 15, 2006 within which to respond to defendant Rhode Island Novelty, Inc.'s: (1) First Set of Interrogatories to Plaintiff Elam Electroluminescent Industries; (2) Second Set of Requests to Admit to Plaintiff Elam Electroluminescent Industries; (3) Second Set of Document Requests to Elam USA; and (4) Second Set of Requests to Admit to Plaintiff Elam USA.

Elam Electroluminescent
Industries, Ltd. and Elam USA, Inc.
By Their Attorneys,

/s/ Christine K. Bush
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)
cbush@duffysweeney.com

Rhode Island Novelty, Inc.
By Its Attorneys,

/s/ Brent R. Canning
Brent R. Canning (#5546)
Hinckley Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)
bcanning@haslaw.com

August 17, 2006