IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELAM ELECTROLUMINESCENT INDUSTRIES, LTD., and ELAM USA, INC., | |
| Plaintiffs, | Case No. CA 05-302 S |
| v. | |
| RHODE ISLAND NOVELTY, INC. | (JURY TRIAL DEMANDED) |
| Defendant. | |

**JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

Plaintiffs Elam Electroluminescent Industries, Inc. and Elam USA, Inc. and defendant Rhode Island Novelty, Inc. respectfully request that certain deadlines established in the Court's December 21, 2005 Pretrial Order be extended as follows:

| | |
|---|---|
| Defendant's Disclosure of Expert Witnesses | September 25, 2006 |
| Discovery Closes | November 15, 2006 |
| Dispositive Motions Filed | December 15, 2006 |

As grounds for this Joint Motion, the parties rely on the Memorandum of Law filed herewith.

**GRANTED**
[signature]
William E. Smith
U.S. District Judge
8/22/06