**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ELAM ELECTROLUMINESCENT INDUSTRIES, LTD., and ELAM USA, INC.,

Plaintiffs,

v.

RHODE ISLAND NOVELTY, INC.

Defendant.

Case No. CA 05-302WS

**DISMISSAL STIPULATION**

By agreement of the parties, plaintiffs Elam Electroluminscent Industries, Ltd. and Elam USA, Inc. and defendant Rhode Island Novelty, Inc., the above-referenced matter is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each of the parties shall bear its own costs and attorneys' fees in connection with this case.

Elam Electroluminescent
Industries, Ltd. and Elam USA, Inc.
By Their Attorneys,

/s/ Christine K. Bush
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)
cbush@duffysweeney.com

Rhode Island Novelty, Inc.
By Its Attorneys,

/s/ Brent R. Canning
Brent R. Canning (#5546)
Hinckley Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)
bcanning@haslaw.com

January 3, 2007